RHH/PEO

In the United States District Court
Southern District of Texas
McAllen Division

United States District Court
Southern District of Texas
FILED

NOV 16 2005

Michael N. Milby, Clerk

LUCINDA NATALIA RAMIREZ, §
INDIVIDUALLY AND AS REPRESENTATIVE §
OF THE ESTATE OF CARLOS O. RODRI- §
GUEZ, AND AS NEXT FRIEND OF JULIAN §
RODRIGUEZ, AZIAL RODRIGUEZ, CAIN §
RODRIGUEZ, AND JACOB RODRIGUEZ, §
MINOR CHILDREN, MARIA SANCHEZ §
DE RODRIGUEZ AND ABUNDIO RODRI- §
GUEZ S. §
     PLAINTIFFS, §
§
VS. §
§
CONTRACT FREIGHTERS, INC. AND §
BERDINE MITCHELL, §
     DEFENDANTS, §
§

Civil Case No. _____

M-05-374

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Lucinda Natalia Ramirez, Individually and as Representative of the Estate of Carlos O. Rodriguez, and as Next Friend of Julian Rodriguez, Azial Rodriguez, Cain Rodriguez, and Jacob Rodriguez, Minor Children, Maria Sanchez de Rodriguez and Abundio Rodriguez S., Plaintiffs, complaining of Contract Freighters, Inc. and Berdine Mitchell, Defendants, and would respectfully show unto the Court as follows:

### I.
### FACTS

1.1    This case involves personal injuries occurring as a result of a multi-vehicle accident on Saturday, November 12, 2005.

1.2    On November 12, 2005, Defendant Berdine Mitchell was driving a 2005 Red Kenworth T-600 Truck, vehicle identification number 1XKAD48X66J137629, and pulling a trailer, both of which were owned by Defendant Contract Freighters, Inc.

1.3     While driving northbound on Cage Road in Pharr, Hidalgo County, Texas, Defendant Mitchell made a left turn towards Ridge Road from the left lane, rather than from the central turning lane.

1.4     Defendant Mitchell proceeded across the southbound lane of Cage Road, and across the path of Carlos O. Rodriguez, who was traveling south on Cage Boulevard.

1.5     Carlos O. Rodriguez had the right of way at the time Defendant Mitchell traversed his lane.

1.6     Defendant Mitchell was in the course and scope of her employment, for purposes of interstate trucking, while she was operating the 2005 Red Kenworth T-600 Truck, vehicle identification number 1XKAD48X66J137629 on November 12, 2005.

1.7     Defendant Mitchell is an employee or agent of Contract Freighters, Inc.

1.8     Defendant Contract Freighters, Inc. does business as "C.F.I."

1.9     Carlos O. Rodriguez was driving his motorcycle south when the truck being driven by Defendant Mitchell came into his lane.

1.10    Carlos O. Rodriguez was unable to avoid colliding with the truck which suddenly and unexpectedly traversed his lane.

1.11    Carlos O. Rodriguez sustained serious bodily injuries while driving his motorcycle south when the truck being driven by Defendant Mitchell came into his lane.

1.12    As a result of the collision accident, Mr. Rodriguez sustained fatal injuries.

## II.
## PARTIES

2.1     Plaintiff Lucinda Natalia Ramirez, is a natural person residing in Hidalgo County, Texas.  She is bringing her individual wrongful death claim, as the wife of

Carlos O. Rodriguez, and a Survival claim on behalf of the Estate of Carlos O. Rodriguez.

2.2    Plaintiff, Julian Rodriguez is a natural person residing in Hidalgo County, Texas. He is a minor, and the biological son of Carlos O. Rodriguez and Lucinda Natalia Ramirez. He is represented in this lawsuit by his mother, Lucinda Natalia Ramirez.

2.3    Plaintiff, Arial Rodriguez is a natural person residing in Hidalgo County, Texas. She is a minor, and the biological daughter of Carlos O. Rodriguez and Lucinda Natalia Ramirez. She is represented in this lawsuit by her mother, Lucinda Natalia Ramirez.

2.4    Plaintiff, Cain Rodriguez is a natural person residing in Hidalgo County, Texas. He is a minor, and the biological son of Carlos O. Rodriguez and Lucinda Natalia Ramirez. He is represented in this lawsuit by his mother, Lucinda Natalia Ramirez.

2.5    Plaintiff, Jacob Rodriguez is a natural person residing in Hidalgo County, Texas. He is a minor, and the biological son of Carlos O. Rodriguez and Lucinda Natalia Ramirez. He is represented in this lawsuit by his mother, Lucinda Natalia Ramirez.

2.6    Plaintiff, Maria Sanchez de Rodriguez is a natural person residing in Hidalgo County, Texas. She is bringing her individual wrongful death claim, as the biological mother of Carlos O. Rodriguez.

2.7    Plaintiff, Abundio Rodriguez S. is a natural person residing in Hidalgo County, Texas. He is bringing his individual wrongful death claim, as the biological father of Carlos O. Rodriguez.

2.8    Defendant, Contract Freighters Inc. is a Missouri corporation with its principal place of business in Joplin, Missouri. It does business on a continuous and systematic basis in Texas and derives substantial profits in Texas. It can be served with process through its registered agent for service Larry Warren, Ball & Weed, 745 E. Mulberry, Suite 500, San Antonio, Texas 78212.

2.9    Defendant Berdine Mitchell, is a natural person residing in Davison, Michigan. She may be served with process by serving her at 7055 Driftwood Circle, Davison, Michigan, 48423.

## III.
### VENUE

3.1    Venue is proper in the Southern District of Texas pursuant to 28 U.S.C. § 1391(a)(2) because it is where the incident giving rise to this lawsuit occurred.

3.2    Venue is proper as to all Defendants, pursuant to 28 U.S.C. § 1391(a)(2).

3.3    Specifically, Berdine Mitchell's negligent driving actions occurred in Pharr, Hidalgo County, Texas and caused a fatal collision in that same location. Contract Freighters, Inc. directed Mitchell to operate a vehicle in Pharr, Hidalgo County, Texas.

## IV.
### JURISDICTION

4.1    This Court has subject matter jurisdiction of this case pursuant to 28 U.S.C. § 1332 because Plaintiffs seek damages in excess of any minimum jurisdictional limits of this court and of the $75,000.00 jurisdictional limits of the federal courts and because there is diversity between the parties.

4.2    This Court also has personal jurisdiction over all Defendants based on Defendants continuous and systematic contacts with Texas, and also because of the

specific facts of this case and the specific injuries caused by the accident in Texas, arising out of Defendants' commerce in Texas and travel on Texas roadways. The exercise of personal jurisdiction over these Defendants does not offend the notions of fair play and substantial justice.

## V.
### CAUSES OF ACTION AGAINST CONTRACT FREIGHTERS, INC.

5.1   Defendant Contract Freighters, Inc. committed acts of omission and commission, which collectively and severally constituted negligence, which was a proximate cause of the injuries to the Plaintiffs and the damages of the Plaintiffs.

5.2   Defendant Contract Freighters, Inc. is liable to Plaintiffs under the doctrine of *respondeat superior* for the conduct of Berdine Mitchell, because her negligence occurred while she was in the course and scope of his employment for Contract Freighters, Inc.

5.3   Defendant Contract Freighters Inc. had duty to exercise reasonable care in screening driving applicants, in training new drivers, and in assigning its fleet of drivers to transport products across interstate lines.

5.4   Defendant Contract Freighters Inc. breached the standard of care by failing to adequately screen, train, and assign Defendant Mitchell, and its failure to use reasonable care proximately caused the collision giving rise to this lawsuit.

5.5   Defendant Contract Freighters, Inc. is independently liable to Plaintiffs for negligently hiring, training, and supervising Berdine Mitchell.

5.6   Defendant Contract Freighters, Inc. is independently liable to Plaintiffs for negligently entrusting its tractor and/or trailer to Berdine Mitchell.

## VI.
### CAUSES OF ACTION AGAINST BERDINE MITCHELL

6.1     Defendant Berdine Mitchell committed acts of omission and commission, which collectively and severally constituted negligence, which was a proximate cause of the injuries to the Plaintiffs and the damages of the Plaintiffs.

6.2     Defendant Berdine Mitchell had a duty to exercise reasonable care and operate her tractor-trailer as a reasonable and prudent driver would under the same or similar circumstances.

6.3     Defendant Berdine Mitchell breached her duty to exercise reasonable care and operate her tractor-trailer as a reasonable and prudent driver would under the same or similar circumstances.

6.4     Defendant Berdine Mitchell was negligent in

(a) failing to yield the right of way,

(b) making an unsafe turn,

(c) turning from an improper lane,

(d) speeding,

(e) failing to pay proper attention to the roadway and driving conditions,

(f) failing to take proper evasive action, and

(g) failing to timely and properly apply her brakes.

6.4     This negligence was a proximate cause of the accident and a proximate cause of the injuries of Plaintiffs.

## VII.
### ACTUAL DAMAGES

7.1     As a result of Defendants' negligence, Carlos O. Rodriguez suffered serious bodily injury, mental anguish, pain and suffering.

7.2     Carlos O. Rodriguez died from the injuries he sustained in the collision on November 12, 2005.

7.3   Lucinda Natalia Ramirez, her four children (Julian Rodriguez, Arial Rodriguez, Cain Rodriguez, and Jacob Rodriguez), and Carlos O. Rodriguez's parents (Maria Sanchez de Rodriguez and Abundio Rodriguez S.) have suffered damages in the past and will sustain damages in the future, including pecuniary losses, loss of services, loss of companionship and society, mental anguish, and loss of inheritance, for which recovery and damages are sought under the Texas Wrongful Death Act in an amount far in excess of the minimal jurisdictional limits of this Court.

## VIII.
### PRE-JUDGMENT AND POST-JUDGMENT INTEREST

8.1   Plaintiffs seek pre-judgment and post-judgment interest as provided by law.

## IX.
### JURY DEMAND

9.1   Plaintiffs request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from the Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest and post-judgment interest, costs of suit, and such other and further relief as Plaintiffs may show themselves to be entitled.

Respectfully submitted,

**WATTS LAW FIRM, L.L.P.**
Texas State Bank Building, Suite 220
2314 West University Drive
Edinburg, Texas 78539
Phone:  956.381.0500
Facsimile:  956.381.4744

By: /s/ John G. Escamilla
JOHN G. ESCAMILLA
State Bar No. 00793699
Federal ID. 23483
**MIKAL C. WATTS**
State Bar No. 20981820
Federal ID. 12419

*and*

**ARMANDO MARTINEZ
ATTORNEY AT LAW**
Route 10 Box 515
Edinburg, Texas 78539.2506
Phone: 956.383.0170
Facsimile: 956.381.5559
State Bar No. 13140000
Federal ID. 3497

*ATTORNEYS FOR PLAINTIFFS*

M-05-374

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Lucinda Natalia Ramirez, Julian Rodriguez, Aziel Rodriguez, Cain Rodriguez, Jacob Rodriguez, Maria Sanchez de Rodriguez, Abundio Rodriguez

**DEFENDANTS** Contract Freighters, Inc. Bordine Mitchell

**(b)** County of Residence of First Listed Plaintiff: Hidalgo County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Davidson, Michigan
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

phone (956) 381-0500

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
John G. Escamilla, Watts Law Firm, Texas State Bank Bldg, Suite 220, 2314 W. University Dr., Edinburg, TX 78539

Attorneys (If Known): Larry Warren

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
N/A - Diversity 28 U.S.C. §1332
Brief description of cause: Negligence - auto accident

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ ___   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ___ DOCKET NUMBER ___

DATE: Nov. 16, 2005
SIGNATURE OF ATTORNEY OF RECORD: John G. Ella [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___