United States District Court
Southern District of Texas
FILED

SEP 1 8 2006

Michael N. Milby Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NATALIA RAMIREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARLOS O. RODRIGUEZ, AND AS NEXT FRIEND OF JULIAN RODRIGUEZ, ARIAL RODRIGUEZ, CAIN RODRIGUEZ, AND JACOB RODRIGUEZ, MINOR CHILDREN; MARIA SANCHEZ RODRIGUEZ; AND ABUNDIO RODRIGUEZ SAUCEDA      PLAINTIFFS, | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. M-05-374 |
| V | | |
| CONTRACT FREIGHTERS, INC. AND BERDINE MITCHELL,      DEFENDANTS. | | |

## FINAL JUDGMENT

On 6/15/06, 8/21/06 and the 15th day of September, 2006, the Court heard the above-referenced matter. The parties appeared in person and by and through their respective attorneys of record, and announced to the Court that a full and final compromise and settlement of all matters and controversies between them had been reached. The parties presented to the Court a Settlement Agreement and Release and a Qualified Assignment Agreement. The Court heard the parties' evidence and considered the report of the Guardian Ad Litem previously appointed to represent Julian Oliver Rodriguez, Ariel Valerie Rodriguez, Cain Oliver Rodriguez and Jacob Nathan Rodriguez, Minor Children. Upon consideration of the pleadings, the evidence, the Settlement Agreement and Release, and the Qualified Assignment Agreement, the Court at the request of the parties hereby makes the following findings and conclusions:

A.   NATALIA RAMIREZ has brought this action on her own behalf, on behalf of the Estate of Carlos O. Rodriguez, as next friend of Julian Oliver Rodriguez, Ariel Valerie Rodriguez, Cain Oliver Rodriguez and Jacob Nathan Rodriguez, Minor Children. NATALIA RAMIREZ is the surviving parent of Julian Oliver Rodriguez, Ariel Valerie Rodriguez, Cain Oliver Rodriguez and Jacob Nathan Rodriguez, Minor Children.

B.   MARIA SANCHEZ DE RODRIGUEZ has brought this action as the surviving mother of Carlos O. Rodriguez, Deceased.

C.   ABUNDIO RODRIGUEZ SAUCEDA has brought this action as the surviving father of Carlos O. Rodriguez, Deceased.

D.   NATALIA RAMIREZ AND LUIS CARDENAS, the Guardian Ad Litem, have fully informed themselves of the circumstances of this litigation, the needs and expectations of the minor children, and the effects of entering into the settlement agreement and release.

E.   NATALIA RAMIREZ, as parent of JULIAN OLIVER RODRIGUEZ, ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ and JACOB NATHAN RODRIGUEZ, Minor Children, upon the advice of their counsel and with the concurrence of the Guardian Ad Litem, affirmatively asserts that entering into this Settlement Agreement and Release is in the best interests of the minor children.

F.   After reading the pleadings in this case and hearing testimony *at the request of the Parties* on the necessary issues, the Court finds that this is a case in which there is a dispute as to liability and the extent of damages, if any, to which the Plaintiffs are entitled. The Court *at the request of the Parties* further finds that the entire Settlement Agreement and Release is fair and equitable to the Plaintiffs, and in the best interest of the minor children, JULIAN OLIVER

2

RODRIGUEZ, ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ and JACOB NATHAN RODRIGUEZ. The Court further finds ~~it is~~ *at the request of the Parties that* it is in the best interests of the Plaintiffs and minor children that the settlement funds are to be paid as set forth in the Settlement Agreement and Release. The Court further finds that the allocation of proceeds to the minor children, JULIAN OLIVER RODRIGUEZ, ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ and JACOB NATHAN RODRIGUEZ, as set forth in the Settlement Agreement and Release is fair and equitable and based on the applicable facts of this case and the appropriate law.*1

G.  The Court further finds that court costs shall be paid by the party incurring the costs.

H.  Because all matters in dispute between Plaintiffs and Defendants have been fully and finally compromised, it is ORDERED, ADJUDGED and DECREED that the entire Settlement Agreement and Release is approved. It is further ORDERED that:

1.  LUIS CARDENAS, Guardian Ad Litem, is hereby awarded a fee of $ 2,628 which shall be taxed as costs against Defendants; and

2.  All taxable court costs are to be paid by the party incurring the cost.

The Court further finds that because all matters in controversy have been determined and settled, the services of the Guardian Ad Litem are no longer required and the appointed Guardian Ad Litem has duly and faithfully performed his duties and responsibilities in this cause.

It is further ORDERED that the Guardian Ad Litem, LUIS CARDENAS, is hereby discharged and released by the Court from his appointment as Guardian Ad Litem for

*1 It is further ORDERED that *the sum of* $42,500 *as to each of the 4 minors* be deposited into the registry of the court for the use and benefit of ~~the minor children~~ *each of the four minor children* upon Motion by the requesting party and approval of this court. [illegible]
M.G ... J.D.P. APry

JULIAN OLIVER RODRIGUEZ, ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ and JACOB NATHAN RODRIGUEZ, Minor Children.

It is further ORDERED, ADJUDGED and DECREED that any relief prayed for and/or which could have been sued for in this action arisen from said occurrence, and not specifically granted herein, is hereby expressly refused and denied.

Upon redemption of this Order, all payments referred to above have been fully paid, and all claims and causes of action of Plaintiffs, including all claims on behalf of JULIAN OLIVER RODRIGUEZ. ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ and JACOB NATHAN RODRIGUEZ, Minor Children, are hereby DISMISSED WITH PREJUDICE.

SIGNED and ENTERED this 18th day of September, 2006 at McAllen, Texas

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

WATTS LAW FIRM, L.L.P.
Texas State Bank Building, Suite 220
Edinburg, Texas 78539
(956) 381-0500
(956) 381-4744 (Fax)

_____
JOHN G. ESCAMILLA
Federal I.D. No. 12419
Texas Bar No. 00793699
**ATTORNEY FOR PLAINTIFFS, NATALIA RAMIREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARLOS O. RODRIGUEZ, AND AS NEXT FRIEND OF JULIAN OLIVER RODRIGUEZ, ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ AND JACOB NATHAN RODRIGUEZ, MINOR CHILDREN; MARIA SANCHEZ DE RODRIGUEZ; AND ABUNDIO RODRIGUEZ SAUCEDA**


LUIS M. CARDENAS
HOCKEMA, TIPPIT & ESCOBEDO, L.L.P.
P. O. Box 720540
McAllen, Texas 78504-0540
(956) 631-9112
(956) 630-9472 (Fax)

_____
LUIS M. CARDENAS
Federal I. D. No. _____
Texas Bar No. 24001837
**APPOINTED AD LITEM FOR JULIAN OLIVER RODRIGUEZ, ARIEL VALERIE RODRIGUEZ, CAIN OLIVER RODRIGUEZ AND JACOB NATHAN RODRIGUEZ, MINOR CHILDREN**

5

LARRY D. WARREN
Federal I.D. No. 13994
Texas Bar No. 20888450
BALL & WEED, P.C.
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 785-2950 (Fax)

and

WILLETTE & GUERRA
801 West Nolana Loop, Suite 320-A
McAllen, Texas 78504-3035
(956) 686-2266
(956) 686-5913 (Fax)

MICHAEL A. GUERRA
Federal I. D. No. 621210
Texas Bar No. 24032375
**ATTORNEYS FOR DEFENDANTS,
CONTRACT FREIGHTERS, INC. AND
BERDINE MITCHELL**